### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DONALD HAMBLIN**                                                     **PLAINTIFF**

**V.**                                                          **NO. 1:09CV101-DD**

**GC SERVICES LIMITED PARTNERSHIP**                          **DEFENDANT**

### ORDER OF DISMISSAL

This cause is here before this Court on joint motion, *ore tenus*, of all the parties for dismissal of the above styled and numbered cause, with prejudice, and this Court, being fully advised in the premises, and noting the approval of all parties through their counsel hereon, this Court finds that the joint motion is well taken and is hereby granted. It is, therefore,

**ORDERED AND ADJUDGED** that the above styled and numbered cause be, and it is hereby, dismissed, with prejudice, with each party bearing their own costs.

**ORDERED AND ADJUDGED,** this, the *16* day of *Sept* , 2009.

_____

**APPROVED:**

_____
**DONALD HAMBLIN**

_____
**HARRY H. SUMNER**
**HARRY H. SUMNER**

Post Office Box 824
Tupelo, Mississippi 38802
Telephone: 662-620-2556
Fax: 662-620-0665

**GC SERVICES LIMITED PARTNERSHIP**

By: _____
**WILLIAM V. WESTBROOK, III**
     **COPELAND, COOK, TAYLOR & BUSH,**
**P.A.**

Post Office Box 10
Gulfport, Mississippi 39502-0010
Telephone: 228-863-6101
Fax: 228-863-1844